1  Jonas Jacobson (Cal. Bar No. 269912)
2  jonas@dovel.com
   Simon Franzini (Cal. Bar No. 287631)
3  simon@dovel.com
4  DOVEL & LUNER, LLP
   201 Santa Monica Blvd., Suite 600
5  Santa Monica, California 90401
6  Telephone: (310) 656-7066
   Facsimile: +1 (310) 656-7069
7
8  *Attorneys for Plaintiff*
9
10
11               **UNITED STATES DISTRICT COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
12

| Tyler Ohler, individually and on behalf of all others similarly situated, | Case No. |
|---|---|
| *Plaintiff*, | **CLRA VENUE DECLARATION** |
| v. | |
| Baron App, Inc. (DBA Cameo), | |
| *Defendant*. | |

CLRA Venue Declaration                                    Case No.

I, Tyler Ohler, declare as follows:

1. I am a named Plaintiff in this action.

2. On October 5, 2025, I purchased a personalized video from Defendant's website, www.cameo.com, while living in Oro Grande, California.

3. I understand that, because I purchased the product in Oro Grande, California, this is a proper place to bring my California Consumer Legal Remedies Act claim.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge.

Signature: _____
Tyler Ohler

Dated: 3/12/2026

CLRA Venue Declaration                    1                                  Case No.